UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

J. A. WILLIS, JR.                                                                                          PLAINTIFF

V.                                                                  CIVIL ACTION NO. 1:07cv1109-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY,                                         DEFENDANTS
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
FORENSIC ANALYSIS AND ENGINEERING CORP., ROBERT K.
KOCHAN, AND JOHN DOES 1-10

## ORDER

On April 8, 2008, this Court entered a TEXT ONLY ORDER disqualifying Plaintiff's counsel in accordance with a Memorandum Opinion and Order entered in McIntosh v. State Farm Fire & Casualty Co., et al., Civil Action No. 1:06cv1080 (docket entries [1172] and [1173]). On April 21, the Magistrate Judge, by TEXT ONLY ORDER, granted a stay suspending all deadlines and discovery pending further order of the Court. Prior to all these orders, former Defendant E. A. Renfroe and Company, Inc. (Renfroe) had filed a [48] Motion for Sanctions against Plaintiff and his then-counsel. At the time of the disqualification order, the deadline for a response had not expired.

The Court has received an inquiry from Plaintiff's former counsel seeking guidance as to whether and how they should respond to the motion for sanctions. The Court has also been informed by counsel for Renfroe that his client intends to pursue its motion and the relief it seeks.

Accordingly, the stay of proceedings notwithstanding, **IT IS ORDERED**:

Plaintiff's former counsel shall file a response to Renfroe's [48] Motion for Sanctions no later than June 2, 2008, and Renfroe shall file any reply no later than five (5) days after counsel's response;

At this time, Plaintiff shall not be required to file a response to Renfroe's [48] motion.

**SO ORDERED** this the 15th day of May, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE