UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

J. A. WILLIS, JR.  PLAINTIFF

V.  CIVIL ACTION NO. 1:07cv1109-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY,  DEFENDANTS
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, AND JOHN DOES 1 THROUGH 10

### ORDER

At the time this Court entered an [58] Order for Mediation on June 3, 2008, Plaintiff was acting pro se. The mediation order was designed for this particular circumstance. Since then, counsel has made an appearance on Plaintiff's behalf. Because of this representation, it would be more appropriate for mediation to occur under the Court's standard order. Therefore, the [58] order should be rescinded, and this matter should be placed on the next available mediation round.

Accordingly, **IT IS ORDERED**:

The [58] Order for Mediation is hereby **RESCINDED**;

This matter shall be rescheduled on the Court's next available mediation calendar pursuant to further order.

**SO ORDERED** this the 26th day of June, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE